## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **DIANA ELIZABETH CARTAGENA HUESO**, | Civil Action No. 26-1455 (ZNQ) |
| Petitioner, |  |
| v. | **ORDER** |
| **LUIS SOTO, *et al.*,** |  |
| Respondents. |  |

**QURAISHI, District Judge**

This matter comes before the Court on Petitioner's habeas petition challenging her ongoing immigration detention.  (ECF No. 1.)  Following an order to answer, the Government filed a response to the petition. (ECF No. 7.)  For the reasons set forth in the accompanying Opinion,

**IT IS** on this **26th** day of **February 2026 ORDERED at** _10:26_ **a.m. (EST)** that:

1.     Petitioner's habeas petition (ECF No. 1) is hereby **GRANTED**.

2.     Respondents shall on this date **IMMEDIATELY RELEASE** Petitioner under the same conditions, if any, that existed prior to her detention, including, but not limited to, release: (1) within the State of New Jersey; (2) without the imposition of additional conditions (such as ankle monitors or electronic tracking devices); and (3) with all clothing and outerwear worn at the time of detention, or other appropriate attire.

3.     Respondents shall **IMMEDIATELY RETURN** to Petitioner all personal property belonging to Petitioner—including, but not limited to, any driver's license, passport, immigration documents, currency, or cellphone—that was seized at the time of detention and that is currently in their custody, possession, or control, whether maintained directly by Respondents or by any contracted or affiliated facility, and that such property shall be returned in the same condition as it existed immediately prior to Petitioner's detention.

4.    Respondents shall file a declaration under penalty of perjury on the docket confirming the date and time of Petitioner's release and that the conditions set forth above have been satisfied.

5.    Respondents are **PERMANENTLY ENJOINED** from re-arresting or otherwise detaining Petitioner under § 1225, which this Court has found inapplicable to her.

6.    Respondents shall not arrest, detain, or otherwise take Petitioner into custody under 8 U.S.C. § 1226(a) for a period of 14 days following her release, so as to ensure full effectuation of this Court's judgment and to prevent circumvention of the relief granted.

7.    Any future detention or re-detention of Petitioner must comply with all statutory and constitutional requirements, including the identification of a lawful statutory basis for detention and the provision of adequate procedural and substantive due process.

8.    To the extent that Respondents seek to re-arrest or otherwise re-detain Petitioner under any statutory authority, including but not limited to §§ 1225 or 1226, this Court shall retain jurisdiction over the matter and Petitioner may move to reopen these proceedings before this Court without the need to file a new habeas petition.

9.    The Clerk shall mark this case **CLOSED**.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE